June 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

AKBAR HOSSAIN AND ALL OCCUPANTS, Appellants

NO. 14-14-00273-CV            V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,
Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Federal National Mortgage Association a/k/a Fannie Mae, signed March 10, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Akbar Hossain and all Occupants, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.